UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEBORAH FLEMING, et al.,** | ) ) | Civil Action |
| Plaintiffs | ) ) | Case No.: 19-14512 |
| v. | ) ) | Section: E |
| | ) ) | Hon. Judge Susie Morgan |
| **LOUISIANA REGIONAL LANDFILL COMPANY, et al.,** | ) ) ) | Magistrate Judge: Michael North |
| Defendants | ) ) ) | |

## ORDER

Considering the foregoing Motion to Consolidate:

**IT IS ORDERED, ADJUGED, AND DECREED** that the motion is **GRANTED** and that *Frederick Addison et al. v. Louisiana Regional Landfill Company et al.*, EDLA Case No. Case No. 19-cv-11133 and *Debora Fleming et al. v. Louisiana Regional Landfill Company et al.*, EDLA Case No. 19-14512, be consolidated for all purposes under Federal Rule of Civil Procedure 42(a).

**IT IS FURTHER ORDERED** that the Case Management Order entered on November 5, 2019, in *Frederick Addison et al. v. Louisiana Regional Landfill Company et al.*, EDLA Case No. 19-cv-11133, Record Docment 80, applies to the newly consolidated case, *Debora Fleming et al v. Louisiana Regional Landfill Company et al.*, EDLA Case No. 19-14512.

New Orleans, Louisiana, this 6th day of January, 2020.

*Susie Morgan*
**UNITED STATES DISTRICT JUDGE**